UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

GISSING NORTH AMERICA LLC,

    Debtor.
_____/

KENNETH NATHAN, Trustee,

    Plaintiff,

v.

INDUSTRY PRODUCTS COMPANY,

    Defendant.
_____/

Chapter 7
Case No. 22-46160-lsg
Hon. Lisa S. Gretchko

Adv. Pro. No. 24-04273-lsg
Hon. Lisa S. Gretchko

**STIPULATED ORDER (1) SETTING ASIDE CLERK'S ENTRY OF DEFAULT, (2) EXTENDING DEADLINE TO ANSWER THE COMPLAINT, AND (3) EXTENDING DEADLINE TO FOR DEFENDANT TO FILE ELECTION NOTICE TO DEEM THIS ADVERSARY PROCEEDING A DISPUTED ADVERSARY PROCEEDING**

THIS MATTER came before the Court upon the stipulation ("Stipulation"; ECF No. 13) between Plaintiff and Defendant, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Clerk's Entry of Default (ECF No. 11) is set aside.

**IT IS FURTHER ORDERED** that Defendant's deadline to answer the Complaint (ECF No. 1) is extended to November 8, 2024.

**IT IS FURTHER ORDERED** that Defendant shall have 7 days from entry of this Order to file an Election Notice electing to deem this Adversary Proceeding to be a Disputed Adversary Proceeding pursuant to paragraph III.B(1) of the Court's Order Establishing Procedures Governing Avoidance Action Adversary Proceedings (ECF No. 863 in the main bankruptcy proceeding, Case No. 22-46160).

**Signed on October 10, 2024**



/s/ Lisa S. Gretchko
**Lisa S. Gretchko**
**United States Bankruptcy Judge**